ACCEPTED
01-14-00935-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 11:17:03 AM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00935-CV**

# In The Court Of Appeals
# For The First Court Of Appeals District
# Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 11:17:03 AM
CHRISTOPHER A. PRINE
Clerk

**ALEXANDER PABLO CORNELIO,**

*Appellant*

**v.**

**KIRA ELEA CORNELIO,**

*Appellee*

FROM THE 312TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS
CAUSE NO. 2013-37123
THE HONORABLE DAVID D. FARR, PRESIDING

## APPELLEE'S DESIGNATION OF LEAD COUNSEL

**NORTON ROSE FULBRIGHT US LLP**

Rosemarie Kanusky
State Bar No. 00790999
rosemarie.kanusky@nortonrosefulbright.com
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792
Telephone: 210.224.5575
Fax: 210.270.7205

*Counsel for Appellee*

TO THE HONORABLE FIRST COURT OF APPEALS:

1.      Appellant's notice of appeal identifies Appellee, Kira Elea Cornelio, as pro se. However, Appellee was represented in the trial court by Barbara Stalder of the UH Law Center Civil Legal Clinic (Bar No. 24041965).

2.      Appellee designates Rosemarie Kanusky of Norton Rose Fulbright US LLP as lead counsel for this appeal. The necessary information for Rosemarie Kanusky is as follows:

Texas Bar No. 00790999
300 Convent, Suite 2200
San Antonio, Texas 78205
Telephone: 210.270.9362
Fax: 210.270.7205
rosemarie.kanusky@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP

By: /s/ Rosemarie Kanusky
    Rosemarie Kanusky
    State Bar No.  00790999
300 Convent Street, Suite 2100
San Antonio, Texas  78205-3792
Telephone: 210.224.5575
Facsimile: 210.270.7205
rosemarie.kanusky@nortonrosefulbright.com

*Counsel for Appellee, Kira Elea Cornelio*

**CERTIFICATES OF COMPLIANCE & SERVICE**

I certify that the foregoing motion is 14 point font. I certify that a copy of this motion was emailed to the following through the electronic filing portal:

Diane St. Yves
Law Office of Diane St. Yves, PLLC
info@styveslaw.com
*Counsel for Appellant Alexander Pablo*
*Cornelio*

*/s/ Rosemarie Kanusky*
March 6, 2015